No. 90–6544. PETERSON v. NORTH CAROLINA PAROLE COMMISSION ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–6545. VIGIL v. TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 90–6546. ASHURST v. DALLMAN, SUPERINTENDENT, LEBANON CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 90–6547. WALLACE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6548. IRELAN ET AL. v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 90–6550. HERRON v. FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 90–6551. NAFTEL v. ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–6554. SMITH v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 90–6555. ROBINSON v. STARK COUNTY METROPOLITAN HOUSING AUTHORITY. Ct. App. Ohio, Stark County. Certiorari denied.

No. 90–6558. ELIGA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6560. COCHRAN v. COWLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–6561. BOUT v. STATE BAR OF MICHIGAN ATTORNEY GRIEVANCE COMMISSION ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–6564. GARCIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–6565. MCDILE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.